UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ROBERTO TORRES,<br><br>               Defendant. | Criminal Action No.: 13-51<br><br>**ORDER** |

This matter having come before the Court by way of Defense Counsel Jarred S. Freeman, Esq.'s motion to withdraw as counsel; and it appearing that:

(1) Defendant Roberto Torres no longer wishes to be represented by Mr. Freeman.

(2) There has been a breakdown in communication between Defendant and Mr. Freeman as a result of a strained attorney-client relationship.

(3) Defendant has represented to Mr. Freeman that he is unable to satisfy his unpaid legal debts.

**IT IS** on this 22nd day of July, 2013

**ORDERED** that Mr. Freeman's motion to withdraw as counsel (CM/ECF No. 19) is GRANTED; and it is further

**ORDERED** that Defendant has 45 days from the date of entry of this Order to retain new counsel, or file a request for court-appointed counsel; and it is further

**ORDERED** that the Clerk's office is hereby directed to serve a copy of this Order upon Defendant Roberto Torres, Inmate No. 13-03315, at the Essex County Jail, 354 Doremus Avenue, Newark, New Jersey 07105.

**IT IS SO ORDERED.**

                                                    /s/ Jose L. Linares
                                                    Jose L. Linares
                                                    United States District Judge